David D. Bibiyan (SBN 287811)
*david@tomorrowlaw.com*
Vedang J. Patel (SBN 328647)
*vedang@tomorrowlaw.com*
Brandon M. Chang (SBN 316197)
*brandon@tomorrowlaw.com*
**BIBIYAN LAW GROUP, P.C.**
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, MICHAEL ALLEN GARCIA,
on behalf of himself and all other similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN GARCIA, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC., UNITED SITE NATIONAL SERVICES COMPANY, UNITED SITE SERVICES, INC., A-THONE CO., INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-cv-03019-MRA-SK<br><br>Assigned to: Hon. Mónica Ramírez Almadani<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**DATE: November 14, 2024<br>TIME: 1:30 P.M.<br>COURT: 10B** |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 14, 2024 at 1:30 P.M., or soon thereafter as he may be heard, before the United States District Court, Central District of California, Western Division, U.S. Courthouse, 350 W. First Street, Courtroom 10B, Los Angeles, CA 90012, Plaintiff Michael Allen Garcia ("Plaintiff Garcia") will and hereby do move this Court for Preliminary Approval of Class Action Settlement and Certification of Settlement Class as detailed in Plaintiff's Memorandum of Points and Authorities.

This Motion is based on this Notice, the accompanying memorandum of Points and Authorities, the declarations and exhibits attached hereto, and all other pleadings and papers on file with the Court in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.

Respectfully submitted,

Dated: September 20, 2024           Bibiyan Law Group, P.C.

*Brandon M. Chang*
BRANDON M. CHANG
Attorneys for Plaintiff, MICHAEL ALLEN GARCIA, on behalf of himself and all others similarly situated